■ DALE R. GELSTER, Respondent, v MARIA L. JAOUDE, Appellant. [916 NYS2d 550]—

Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered June 11, 2010 in a personal injury action. The order denied the motion of defendant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Supreme Court properly denied defendant's motion for summary judgment dismissing the complaint. Defendant met her initial burden by establishing that plaintiff, a pedestrian, unexpectedly darted into the path of her vehicle (*see Jellal v Brown*, 37 AD3d 179 [2007]; *Sheppeard v Murci*, 306 AD2d 268 [2003]; *Ash v McNamara*, 288 AD2d 956 [2001], *lv denied* 97 NY2d 612 [2002]). In opposition to the motion, however, plaintiff raised a triable issue of fact whether defendant was speeding at the time of the accident (*see generally Zuckerman v City of New York*, 49 NY2d 557, 562 [1980]). Contrary to defendant's contention, the deposition testimony of a non-party witness regarding defendant's speed was not so inconsistent or speculative as to render it insufficient to defeat the motion (*cf. Sheppeard*, 306 AD2d 268; *Wolf v We Transp.*, 274 AD2d 514 [2000]). Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.

■ VERIZON NEW YORK, INC., Appellant, v LaBARGE BROTHERS CO., INC., et al., Respondents. (Appeal No. 3.) [916 NYS2d 551]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered August 6, 2009. The order, among other things, granted defendants' motion for summary judgment dismissing plaintiff's complaint and denied plaintiff's cross motion for leave to amend the complaint to add Suburban Pipeline Co., Inc. as a defendant.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Verizon N.Y., Inc. v*

*LaBarge Bros. Co., Inc.*, 81 AD3d 1294 [2011]). Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.